IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
ORANGEBURG DIVISION

| | |
|---|---|
| Reginald Calloway,<br><br>                Petitioner,<br><br>v.<br><br>Warden,<br><br>                Respondent. | Case No. 5:20-cv-1691-SAL<br><br><br>**ORDER** |

      This matter is before the Court for review of the January 7, 2021 Report and Recommendation ("Report") of United States Magistrate Judge Kaymani D. West, made in accordance with 28 U.S.C. § 636(b) and Local Civil Rule 73.02(B)(2) (D.S.C.). *See* ECF No. 34. In the Report, the Magistrate Judge recommends the action be dismissed with prejudice for failure to prosecute. *Id.* No party filed objections to the Report, and the time to do so has passed.

      The Magistrate Judge makes only a recommendation to this Court. The recommendation has no presumptive weight, and the responsibility to make a final determination remains with this Court. *See Mathews v. Weber,* 423 U.S. 261, 270-71 (1976). The Court is charged with making a *de novo* determination of only those portions of the Report that have been specifically objected to, and the Court may accept, reject, or modify the Report, in whole or in part. 28 U.S.C. § 636(b)(1). In the absence of objections, the Court is not required to provide an explanation for adopting the Report and must "only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation." *Diamond v. Colonial Life & Acc. Ins. Co.,* 416 F.3d 310, 315 (4th Cir. 2005) (citing Fed. R. Civ. P. 72 advisory committee's note).

After a thorough review of the Report, the applicable law, and the record of this case in accordance with the above standard, the Court finds no clear error, adopts the Report, and incorporates the Report by reference herein. Accordingly, this action is DISMISSED WITH PREJUDICE for failure to prosecute.[1]

    IT IS SO ORDERED.

January 27, 2021　　　　　　　　　　　　　　　/s/Sherri A. Lydon
Florence, South Carolina　　　　　　　　　　　Sherri A. Lydon
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

---

[1] Respondent's motion to dismiss or motion for summary judgment, ECF No. 22, is MOOT.